UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:06-CR-0119-01 |
| | ) | 1:06-CR-0119-03 |
| v. | ) | 1:06-CR-0119-04 |
| | ) | |
| SHANNON HENDERSON, | ) | (Judge Conner) |
| RAFEL BROTHERS a/k/a | ) | |
| "SPANKY", and ANTHONY JONES | ) | |
| a/k/a "TONE", | ) | |
| | ) | |
| Defendants. | ) | (Electronically Filed) |

FILED
HARRISBURG
JUL 19 2006
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

PRELIMINARY ORDER OF FORFEITURE AS TO DEFENDANTS
SHANNON HENDERSON, RAFEL BROTHERS, and
<u>ANTHONY JONES</u>

IT IS HEREBY ORDERED THAT:

1. As a result of the guilty pleas to the Indictment entered by defendant Rafel Brothers, defendant Anthony Jones, and defendant Shannon Henderson, for which the Government sought forfeiture pursuant to 21 U.S.C. § 853, the defendants shall forfeit to the United States:

   (1) All property involved in or traceable to offenses involving 21 U.S.C. § 841 (a)(1) and 841 (b)(1)(A)(iii);

   (2) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained

directly or indirectly, as a result of such violations involving such offenses; and

(3) Any property, real or personal, used or intended to be used in any manner or part to commit or facilitate the commission of the offenses involving 21 U.S.C. § 841 and 860.

2. The Court has determined, based upon the defendants' plea agreements, that the following property is subject to forfeiture and that the government has established the requisite nexus between such property and such offenses.

(A) 2004 Green Honda Civic, Plate #: FRF-4129,

VIN # 2HGES16344H578404;;

(B) 1993 Red Chevrolet Caprice, Plate #: DA329Y,

VIN # 1G1BN53E4PR102463;

(C) 2003 Lincoln Navigator, Plate #: GFM4323.

VIN # 5LMFU28R33LJ03597;

(D) 2000 Maroon Lincoln LS, Plate #: FXK9727,

VIN # 1LNHM87A8YY921587;

(E)  2000 Blue Acura Coupe, Plate #: GJL-8597,

VIN # 19UUA5668YA023654;

(F)  1995 Black Chrysler Concord, Plate #: GGZ-2180,

VIN # 2C3HD56FXSH608742;

(G)  1998 White Grand Prix, Plate #: FWY-4151,

VIN # 1G2WP12K6WF334635; and

(H)  1994 Green Pontiac Bonneville, Plate #: GDX-7836,

VIN # 1G2HX52L2R4246027.

3.  After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

4.  The United States shall have clear title to the subject property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third party petitions.

3

5. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

6. The Clerk of Court shall forward four certified copies of this order to Assistant U.S. Attorney James T. Clancy, U.S. Attorney's Office, Middle District of Pennsylvania.

SO ORDERED this __19th__ day of __July__, 2006.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
UNITED STATES DISTRICT JUDGE