# UNITED STATES DISTRICT COURT
Middle District of Pennsylvania

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| SHANNON HENDERSON | |

Case No. 1:06-CR-0119-01
USM No. 13599-067

Monica D. Cliatt, AFPD
*Defendant's Attorney*

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __Std 1, 2, 11 & Gen 7__ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard #1 | The defendant shall not leave the judicial district without the permission of the court or probation officer. | 09/14/2017 |
| Standard #11 | The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned (cont'd Page 2) | 09/14/2017 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 7788

Defendant's Year of Birth: 1983

City and State of Defendant's Residence:
Harriburg, Pennsylvania

11/29/2017
Date of Imposition of Judgment

S/ Christopher C. Conner
Signature of Judge

CHRISTOPHER C. CONNER,      CHIEF JUDGE
Name and Title of Judge

11/29/2017
Date

DEFENDANT: SHANNON HENDERSON
CASE NUMBER: 1:06-CR-0119-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard #11 (cont'd) | by a law enforcement officer. | |
| Standard #2 | The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer. | 09/14/2017 |
| General #7 | If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment. | 09/14/2017 |

DEFENDANT: SHANNON HENDERSON
CASE NUMBER: 1:06-CR-0119-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

Eight (8) Months.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that a facility in California be designated as the place of confinement.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL